ALVIN M. GOMEZ, ESQ. (Cal. Bar No. 137818)
alvingomez@thegomezlawgroup.com
DAVID P. FINN, ESQ. (Cal. Bar No. 249247)
david@thegomezlawgroup.com
BORIS SMYSLOV, ESQ. (Cal. Bar No. 297252)
boris@thegomezlawgroup.com
**GOMEZ LAW GROUP**
2725 Jefferson Street, Suite 3
Carlsbad, California 92008
Telephone: (858) 552-0000
Facsimile: (760) 542-7761

Attorneys for Plaintiff
FREDERICK ZARICZNY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FREDERICK ZARICZNY,

Plaintiff,

v.

HARLEY-DAVIDSON, INC. ET AL,

Defendants.

Case No. CV 23-9066-SPG-MAR

**[PROPOSED] JOINT STATEMENT OF THE CASE**

Judge: Hon. Sherilyn Peace Garnett
Courtroom: 5C
Date: April 7, 2026
Time: 8:30 a.m.

Trial date: April 7, 2026

Plaintiff Frederick Zariczny, and Defendant Harley-Davidson, Inc., submit the following proposed statement of the case to be read to the jury after a preliminary advisement that the statement of the case is not evidence:

On December 22, 2022, Plaintiff Frederick Zariczny purchased the subject motorcycle—a used 2021 Harley-Davidson Sport Glide ("Subject Motorcycle")—from Biggs Harley-Davidson in San Marcos, California. On December 24, 2022, Plaintiff showed his new motorcycle to his son-in-law and daughter in his garage. When Plaintiff attempted to dismount the Subject Motorcycle, Plaintiff claims that the kick stand (also known as the "jiffy stand") stopped when it contacted the ground as if it was fully deployed. The Subject Motorcycle fell to the left and Plaintiff stuck out his left arm to brace himself during the fall, resulting in injuries to his left wrist.

Plaintiff alleges that the jiffy stand on the Subject Motorcycle is defective. The jiffy stand is a retractable side stand that, when deployed, keeps the motorcycle upright when parked. Plaintiff asserts claims against Harley-Davidson, Inc. for negligence and strict liability under theories of failure to warn, manufacturing defect, and design defect, as well as a claim for breach of implied warranty. Plaintiff has the burden of proof on these claims.

Harley-Davidson denies each of Plaintiff's claims, and contends that any fault lies with Plaintiff because he failed to put the jiffy stand in its full forward and locked position, consistent with the warning in the Harley-Davidson Owner's Manual, before he dismounted. Harley-Davidson asserts affirmative defenses of misuse, assumption of risk, comparative negligence, lack of privity, and mitigation of damages that Defendant has the burden of proof of establishing.

DATED: September 3, 2025

**GOMEZ LAW GROUP**
By:
/s/ Alvin M. Gomez
**ALVIN M. GOMEZ, Esq.**
Attorneys for Plaintiff

DATED: September 3, 2025

**DYKEMA**
By:
_*/s/ Abirami Gnanadesigan*________
**ABIRAMI GNANADESIGAN, Esq.**
Attorneys for Defendant
Harley Davidson Inc.

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Alvin M. Gomez, do hereby attest that all of the signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and authorize the filing of this document.

_/s/ Alvin M. Gomez__