**DYKEMA GOSSETT LLP**
NATHAN GUEST, State Bar No. 330167
*NGuest@dykema.com*
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
HARLEY-DAVIDSON MOTOR
COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FREDERICK ZARICZNY,

Plaintiff,

v.

HARLEY-DAVIDSON MOTOR
COMPANY, INC., et al,

Defendant.

Case No. 2:23-cv-09066-SPG-MAR

Judge: Hon. Sherilyn Peace Garnett
Courtroom: 5C

**NOTICE OF SETTLEMENT**

Plaintiff Frederick Zariczny ("Plaintiff") and Defendant Harley-Davidson Motor Company, Inc. ("Defendant") (collectively, "Parties"), through their respective counsel of record, respectfully notify this Honorable Court that this case has settled. The Parties request that the Court vacate all pending dates and allow sixty (60) days to file dismissal papers.

DATED: July 14, 2026 DYKEMA GOSSETT LLP

By: */s/ Nathan Guest*
NATHAN GUEST
ABIRAMI GNANADESIGAN
Attorneys for Defendant, HARLEY-DAVIDSON MOTOR COMPANY, INC.

DATED: July 14, 2026 GOMEZ LAW GROUP, P.C.

By: */s/ Alvin Gomez*
ALVIN GOMEZ
DAVID P. FINN
BORIS SMYSLOV
Attorneys for Plaintiff FREDERICK ZARICZNY

**ATTESTATION**

Filer attests that all other signatures listed on whose behalf the filing is submitted concur in filing's content and have authorized filing.

DATED: July 14, 2026 DYKEMA GOSSETT LLP

By: */s/ Nathan Guest*
NATHAN GUEST
ABIRAMI GNANADESIGAN
Attorneys for Defendant, HARLEY-DAVIDSON MOTOR COMPANY, INC.